```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com
```

Attorney for Defendant CORINA MUNIZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-F-06-00201OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | VIOLATION HEARING, AND |
| vs. ) | ORDER THEREON; EXCLUDED TIME |
| ) | |
| CORINA MUNIZ ) | |
| ) | |
| ) | Old Date: August 24, 2007 |
| Defendant. ) | NEW DATE: August 31, 2007 |
| _____) | TIME:     1:30 p.m. |
| | JUDGE:    Sandra M. Snyder |

## **STIPULATION**

It is hereby stipulated by and between the parties hereto that the violation hearing in the above entitled matter now set for August 24, 2007, may be continued to August 31, 2007 at 1:30 p.m. before Judge Snyder.

The reason for this continuance is that Defendant's counsel has a calendar conflict on August 24, 2007.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant

such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: August 14, 2007        FLETCHER & FOGDERUDE, Inc.

/s/ Eric K. Fogderude
ERIC K. FOGDERUDE
Attorney for Defendant,
CORINA MUNIZ

Dated: August 14, 2007        McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kim Sanchez

                              KIM SANCHEZ
                              Assistant US Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the hearing be reset from August 24, 2007 to August 31, 2007 at 1:30 p.m. before Judge Snyder.

IT IS SO ORDERED.

**Dated:   August 16, 2007**              /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE